U.S. Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   MJ26-388 |
| Plaintiff | |
| | COMPLAINT for VIOLATION |
| v. | |
| JAMES BRADLEY NOBLE, | Title 49, U.S.C. Section 46504 |
| Defendant(s). | |

BEFORE, the Honorable Brian A. Tsuchida, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT ONE

**(Interference with Flight Crew Members and Attendants)**

On or about June 19, 2026, within the special aircraft jurisdiction of the United States, that is, while aboard Aer Lingus Flight EI 53, an aircraft in flight traveling nonstop from Dublin, in the Republic of Ireland to SeaTac International Airport, in King County, Washington, within the Western District of Washington, and elsewhere, JAMES BRADLEY NOBLE did knowingly interfere, and attempt to interfere, with the

Complaint - 1
*United States v. Noble*

performance of the duties of flight attendants of the aircraft, and lessen the ability of the attendants to perform those duties, by assaulting and intimidating the flight attendants.

All in violation of Title 49, United States Code, Section 46504.

And the complainant states that this Complaint is based on the following information:

I, John Smith, being first duly sworn on oath, depose and say:

### INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since January 2025. I presently am assigned to work at the Seattle Headquarters office. I am currently assigned to the Safe Streets Task Force and Joint Terrorism Task Force, and am responsible for investigating violent crimes, including criminal gangs, kidnappings, crimes aboard aircraft, and crimes on the high seas. I am currently designated as an Airport Liaison Agent (ALA) for violent crime for SeaTac International Airport (SEA). Per United States Code, Title 49, Section 46506, Special Aircraft Jurisdiction of the United States, the FBI has been designated as the law enforcement agency responsible for investigating crimes that occur onboard an aircraft once the doors have closed post boarding, including interference with a flight crew, or any physical or sexual assault. Moreover, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a graduate of the Federal Bureau of Investigation Basic Field Training Course. During this 19-week training, I received training in interviewing and interrogation techniques; arrest procedures; search and seizure; and surveillance techniques. Prior to this employment, I obtained a Bachelor of Arts in Criminology and Criminal Justice. I have five years' experience working in the United States Marine Corps as Intelligence Specialist and Sergeant. During my career with the FBI, I have had

Complaint - 2
*United States v. Noble*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

training and experience investigating violent crimes against persons and crimes against the government. As an Airport Liaison Agent, I have been involved in several investigations involving offenses occurring in the special aircraft jurisdiction and the special maritime and territorial jurisdiction of the United States, including physical and sexual assaults.

3.    This affidavit is made based upon my personal knowledge, training, experience and personal investigation, as well as upon information provided to me by other law enforcement personnel and my review of reports prepared by other law enforcement personnel. This affidavit is made for the purpose of establishing probable cause for this Complaint and thus does not include each and every fact known to me concerning this investigation.

## SUMMARY OF PROBABLE CAUSE

4.    I have been briefed by the Port of Seattle Police Officers who had been primary in responding to the following incident in relation to the events that occurred on June 19, 2026, aboard Aer Lingus EI 53 Dublin to Seattle. According to the statements I received, Aer Lingus EI 53 left, Dublin en route to Seattle, Washington, within the Western District of Washington, on June 19, 2026.

5.    Victim 1 was a passenger aboard flight EI 53 and was seated in row 14, seat A, next to JAMES BRADLEY NOBLE (hereafter, "NOBLE"). NOBLE was seated in row 14, seat C.  It should be noted that on this aircraft, there is no seat row 14 seat B. Noble and Victim 1 were therefore next to one another.

6.    Victim 1 had noticed at some point during the flight that NOBLE's behavior had changed after drinking beverages assumed to be alcohol. NOBLE exhibited behavior described as being intoxicated, stumbling and being disruptive. NOBLE then began exhibited harassing behavior towards Victim 1. Victim 1 described that NOBLE began gesturing to force pills into her mouth, followed by physical gestures resembling a closed fist and requesting that Victim 1 wake NOBLE. NOBLE then spilled soda on Victim 1. Victim 1 reported the incident to the flight crew and was subsequently moved to business class.

Complaint - 3
*United States v. Noble*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7.      Witness 1, a passenger aboard Aer Lingus flight EI 53 in row 14 seat D, across the aisle from NOBLE. Witness 1 saw NOBLE take a pill and then Witness 1 fell asleep for possibly thirty minutes "when [they] woke up, he (NOBLE) had left a bottle of wine for on [their] seat for [them]".

8.      Victim 2 was a flight attendant aboard Aer Lingus flight EI 53. Approximately three to five hours into the flight, over either Greenland or Canada, Victim 2 was working in the mid-galley area of the aircraft.  NOBLE, who appeared intoxicated, approached Victim 2 from behind, then aggressively wrapped his arms around Victim 2, holding them from behind. The managing flight attendant addressed the incident, letting NOBLE know that his behavior was inappropriate. Victim 2 then escorted NOBLE back to his seat. Victim 2 then held NOBLE down in his seat from the row behind his assigned seat for approximately twenty minutes. During this time NOBLE shook a seat in the row in front of him violently, resulting in the flight crew also moving those passengers elsewhere.

9.      NOBLE then stated to Victim 2 "I'm going to fuck you up." Victim 2 perceived this as a credible threat to their safety.

10.     The flight crew then notified the pilot of NOBLE's escalating behavior and initiated their protocols for a disruptive passenger. This was done by the flight crew clearing an area around NOBLE's seat of nearby passengers to aid in the process of restraining NOBLE.

11.     The flight crew of approximately seven flight attendants were required to restrain NOBLE with handcuffs and straps on the seat. During the restraint process, NOBLE resisted and was described as flailing.

12.     Once NOBLE was restrained in his seat, he began to violently resist his restraints to the point that the restraints began to fail. This lasted for about two hours before NOBLE finally began to no longer require the immediate attention of seven flight attendants to safely restrain him. At this point there was only one to one and a half hours left in the flight.

Complaint - 4
*United States v. Noble*

13.    Due to NOBLE's behavior, cabin service was ceased and flight attendants were unable to perform their primary duties or take necessary breaks.

Based on the above facts, I respectfully submit that there is probable cause to believe that JAMES BRADLEY NOBLE did knowingly interfere with flight crew members and attendants, in violation of Title 49, United States Code, Section 46504.

_____
JOHN SMITH, Complainant
Special Agent, FBI

Based on the Complaint and Affidavit sworn to before me, and subscribed by reliable electronic means, the Court hereby finds that there is probable cause to believe the Defendant(s) committed the offense set forth in the Complaint.

Dated this ___20th___ day of June, 2026.

_____
THE HON. BRIAN A. TSUCHIDA
United States Magistrate Judge

Complaint - 5
*United States v. Noble*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970